IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | I N D I C T M E N T |
| ) | |
| ) | Case No. _____ |
| v. ) | |
| ) | Violations:   18 U.S.C. §§ 2 and 1153, and |
| ) | N.D.C.C. §§ 12.1-22-02 and 12.1-32-01 |
| TERRANCE C. JACKSON ) | |

**Burglary**

The Grand Jury Charges:

On or about June 28, 2010, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

TERRANCE C. JACKSON,

an Indian, individually and by aiding and abetting, did willfully enter the dwelling of Dennis and Sheri Heer in New Town, North Dakota, at a time when the premises were not open to the public and when TERRANCE C. JACKSON was not licensed, invited, and otherwise privileged to enter the premises, with the intent to commit a crime therein, namely, theft of property;

In violation of Title 18, United States Code, Sections 1153 and 2, and North Dakota Century Code, Sections 12.1-22-02 and 12.1-32-01.

A TRUE BILL:

/s/ Grand Jury Foreperson

Foreperson


/s/ Lynn C. Jordheim
LYNN C. JORDHEIM
Acting United States Attorney


RLV:rab